UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 16  12 46 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| ALLIED OFFICE SUPPLIES INC, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 367 (JBA) |
| v. | : | |
| ALLAN LEWANDOWSKI, JONATHAN COX, and W.B. MASON COMPANY, INC. | : | |
| Defendants. | : | December 11, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of the Plaintiff, Allied Office Supplies Inc. ("Allied"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. The Plaintiff will continue to be represented in this action by Deborah S. Freeman, Esq. of Bingham McCutchen LLP who previously entered her appearance in this action.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

_____
Nicole J. Anker (CT20110)
BINGHAM McCutchen LLP
One State Street
Hartford, CT 06103-3178
Tel.: (860) 240-2700
Fax: (860) 240-2818

CTDOCS:1570109.1

## CERTIFICATION

This is to certify that a copy of the foregoing Motion has been served this 12th day of December 2003, via first-class mail, postage prepaid, upon the following counsel of record:

Thomas J. Riley, Esq.
Tobin, Carberry, O'Malley, Riley & Selinger, P.C.
43 Broad Street
P.O. Box 58
New London, CT 06320
Telephone: (860) 447-0335

Deborah L. Thaxter, Esq.
Stephen W. Rider, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 345-1326

_____
Nicole J. Anker