UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 16   12 46 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| ALLIED OFFICE SUPPLIES INC, | : CIVIL ACTION NO. |
| Plaintiff, | : |
| | : 3:03 CV 367 (JBA) |
| v. | : |
| ALLAN LEWANDOWSKI, JONATHAN COX, and W.B. MASON COMPANY, INC. | : |
| Defendants. | : December 11, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of the Plaintiff, Allied Office Supplies Inc. ("Allied"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. The Plaintiff will continue to be represented in this action by Deborah S. Freeman, Esq. of Bingham McCutchen LLP who previously entered her appearance in this action.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

Nicole J. Anker (CT20110)
BINGHAM McCutchen LLP
One State Street
Hartford, CT 06103-3178
Tel.: (860) 240-2700
Fax: (860) 240-2818

CTDOCS:1570109.1

*[Handwritten margin notes:]*
The Court notes the appearance on the record of Attorney Freeman.
Janet Bond Arterton, U.S.D.J.

12/17/03: Motion to Withdraw Appearance GRANTED.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

FILED
Dec 19   9 37 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.