UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLIED OFFICE SUPPLIES INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03 CV 367 (JBA) |
| v. ) | |
| ) | |
| ALLAN LEWANDOWSKI, JONATHAN ) | |
| COX, and W.B. MASON ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendants. ) | December 31, 2003 |

## MOTION TO EXTEND PRETRIAL DEADLINES

In order to permit an attempt at private mediation to resolve the above-captioned matter and limit what may be unneeded expenditures of the court's and parties' time and resources, the Plaintiff in the above-captioned matter respectfully requests an extension of all previously set deadlines contained in the June 17, 2003 Scheduling Order by thirty (30) days, including the submission of the Original Status Report. In support of this motion, the Plaintiff states:

1. An extended period of time was needed to select a mutually agreeable mediator and schedule a date for the mediation (Feb. 13, 2004). Please see Exhibit A detailing the same.

2. The only discovery commenced to date has been the December 30, 2004 receipt of December 29, 2003 requests for the production of documents by the Defendants.

3. A delay of thirty days may permit the resolution of this entire matter.

CTDOCS:1572893.1

WHEREFORE for good cause shown, the Plaintiff respectfully requests that the motion for extension of scheduled deadlines be granted. The Plaintiff has contacted the Defendants in an attempt to file this pleading as a joint motion, but some of Defendants' counsel are unavailable (out of the country) as are Defendants' clients. Therefore, the Defendants take no position at this time. No prior request to extend these deadlines other than in the attached letter (Exhibit A) has been made.

**ALLIED OFFICE SUPPLIES INC.**

*Deborah S. Freeman*
Deborah S. Freeman [ct 05257]
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
Fax: (860) 240-2818
Deborah.Freeman@bingham.com

Lynne Anne Anderson
William R. Horwitz
Sills Cummis Radin Tischman
  Epstein & Gross, P.A.
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

## CERTIFICATION

This is to certify that a copy of the foregoing has been served this 31st day of December, 2003 by first class mail, postage prepaid, to the following counsel of record:

Thomas J. Riley, Esq.
Tobin, Carberry, O'Malley, Riley & Selinger, P.C.
43 Broad Street
P.O. Box 58
New London, CT 06320
Telephone: (860) 447-0335

Deborah L. Thaxter, Esq.
Stephen W. Rider, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 345-1326

*Deborah A. Freeman*
Deborah S. Freeman

**BINGHAM McCUTCHEN**

Deborah S. Freeman
Direct Dial: (860) 240-2752
deborah.freeman@bingham.com

November 19, 2003

***VIA OVERNIGHT MAIL***

The Honorable Janet Bond Arterton, U.S.D.J.
U.S. District Court, District of Connecticut
141 Church Street, Room 303
New Haven, Connecticut 06510

Re:   **Allied Office Supplies, Inc. vs. Allan Lewandowski, et al.**
        Civil Action No. 3:03 CV 367 (JBA)

Dear Judge Arterton:

The parties to the above-captioned action wish to advise the Court that after substantial efforts on all sides they have been able to select a neutral mediator and schedule a private mediation in an attempt to resolve the above-captioned dispute. The mediation will be with David Geronemus of JAMS on February 13, 2004. An earlier date could not be obtained given the mediator's busy schedule.

In anticipation of the February mediation, the parties wish to have a telephonic status conference with the Court to extend the pretrial deadlines until after the mediation to allow them to focus their efforts on a non-judicial resolution of this matter and not on the expense of discovery and case preparation should it not been required.

For this reason, the parties respectfully request that a telephonic status conference be scheduled as soon as practicable to extend the pretrial deadlines. The only times currently unavailable for the undersigned are the week of November 24, 2003 and December 3 and 4, 2003.

Very truly yours,

For the Plaintiff **Allied Office Supplies Inc.**

*Deborah S. Freeman* (HCB)
Deborah S. Freeman

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

CTDOCS:1568246.1

November 19, 2003
Page 2

For the Defendants,   Allan Lewandowski
                      Jonathan Cox
                      W.B. Mason Company, Inc.

*[signature]*
Thomas J. Riley