UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 8  3 04 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ALLIED OFFICE SUPPLIES    :

v.                        :    NO. 3:03cv367 (JBA)

LEWANDOWSKI, ET AL        :

### ENDORSEMENT ORDER [DOC. #94]

Motion to Extend Pretrial Deadlines [doc. #94] is GRANTED, as follows:

1. All discovery will be completed 3/1/04.

2. Dispositive motions will be filed by 4/1/04 and this matter will be deemed trial ready 10/01/04. The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions.

3. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 9/1/04 [instructions attached] and this matter will be deemed trial ready immediately thereafter.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   January 08, 2004