UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

FEB 27  3 31 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ALLIED OFFICE SUPPLIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLAN LEWANDOWSKI, JONATHAN COX and W.B. MASON COMPANY, INC.,<br><br>Defendants. | Civil Action No. 3:03CV367(JBA)<br><br><br>February 25, 2004 |

### DEFENDANTS' MOTION FOR PRE-FILING CONFERENCE
### WITH RESPECT TO INTENDED MOTION FOR SUMMARY JUDGMENT

Defendants Jonathan Cox, Allan Lewandowski and W.B. Mason Company, Inc. hereby request, pursuant to Subsection (f) of the Court's Order on Pretrial Deadlines, that the Court schedule a pre-filing conference with respect to Defendants' motions for summary judgment. Pursuant to the Court's Order of January 8, 2004, Dispositive Motions are to be filed by April 1, 2004. Each of the Defendants intends to file a summary judgment motion with respect to some or all of the claims asserted by Plaintiff against him/it and Defendants Cox and Lewandowski intend to request summary judgment on some of their counterclaims.

BOS1357317.1

This request for a pre-filing conference is filed more than one (1) month prior to the deadline for the filing of dispositive motions, as required by Subsection (f) of the Court's <u>Order on Pretrial Deadlines</u>.

**JONATHAN COX, et al.**
Defendants,
By its attorneys,

_/s/ Deborah L. Thaxter_

Deborah L. Thaxter, P.C. (Federal Bar No. CT00620)
Stephen W. Rider, Esq. (Federal Bar No. CT24600)
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110-1832
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Thomas J. Riley (Federal Bar No. CT05686)
Tobin, Carberry, O'Malley,
Riley & Selinger, P.C.
43 Broad Street, P.O. Box 58
New London, Connecticut 06320
Telephone: (860) 447-0335
Facsimile: (860) 447-9143

Dated: 2/26/04

## Certificate of Service

I, Stephen W. Rider, attorney for defendants, hereby certify that I this day gave notice of the filing of the foregoing by sending copies via overnight mail to:

Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

Lynne Anne Anderson, Esq.
Sills, Cummis, Radin, Tischman
 Epstein & Gross
One Riverfront Plaza
Newark, NJ 07102

Thomas J. Riley, Esq.
Tobin, Carberry, O'Malley,
 Riley & Selinger, P.C.
43 Broad Street
New London, CT 06320

Dated: 2/26/04              Stephen W. Rider