UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLIED OFFICE SUPPLIES INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ALLAN LEWANDOWSKI, JONATHAN ) <br> COX, and W.B. MASON ) <br> COMPANY, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 3:03 CV 367 (JBA) <br><br><br><br><br><br><br><br><br> March 1, 2004 |

## SECOND MOTION TO EXTEND PRETRIAL DEADLINES

The Plaintiff in the above-captioned matter respectfully requests an extension of all previously set deadlines contained in the June 17, 2003 Scheduling Order, as modified by the Court's order dated January 8, 2003, by thirty (30) days. In support of this motion, the Plaintiff states:

1.  A private mediation was scheduled to take place on February 13, 2004. The parties had discussed delaying discovery until after the mediation to avoid unneeded expenditures of time and resources in light of the potential resolution of this entire matter. It became necessary to reschedule the mediation due to the unexpected scheduling of a trial on that date in an unrelated matter that counsel for the Plaintiff is also handling. The parties have scheduled a new date for the mediation, which will take place on May 3, 2004. An earlier mediation is not possible due to the mediator's very limited availability prior to May 3, 2004.

2.  As a result of the foregoing, the parties have not completed discovery.

3.  The only discovery commenced to date has been the December 30, 2004 receipt of December 29, 2003 requests for the production of documents by the Defendants and noticing of depositions of several owners and employees of the Defendant W.B. Mason Company Inc. by the Plaintiff. The Plaintiff also is in the process of finalizing its response to the Defendants' discovery requests and preparing discovery requests to propound on the Defendants.

WHEREFORE for good cause shown, the Plaintiff respectfully requests that the motion for extension of scheduled deadlines be granted. The Plaintiff has contacted the Defendants' counsel in an attempt to file this pleading as a joint motion, but some of Defendants' counsel were unavailable. Therefore, the Defendants take no position at this time. This is the Plaintiff's second motion to extend these deadlines.

**ALLIED OFFICE SUPPLIES INC.**

*Deborah A. Freeman*
Deborah S. Freeman [ct 05257]
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
Fax: (860) 240-2818
Deborah.Freeman@bingham.com

Lynne Anne Anderson
William R. Horwitz
Sills Cummis Radin Tischman
  Epstein & Gross, P.A.
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

## CERTIFICATION

This is to certify that a copy of the foregoing has been served this 1st day of March, 2004 by facsimile and first class mail, postage prepaid, to the following counsel of record:

Thomas J. Riley, Esq.
Tobin, Carberry, O'Malley, Riley & Selinger, P.C.
43 Broad Street
P.O. Box 58
New London, CT 06320
Telephone: (860) 447-0335

Deborah L. Thaxter, Esq.
Stephen W. Rider, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 345-1326

_Deborah A. Freeman_
Deborah S. Freeman