# UNIᴛED STATES DISTRICT COᴜRT
## DISTRICT OF CONNECTICUT

Allied Office Supplies Inc.

v.

Allan Lewandowski, Jonathan Cox,
and W.B. Mason Company, Inc.

# APPEARANCE

**CASE NUMBER:**  3:03 CV 367 (JBA)

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**  Allied Office Supplies Inc.

| | |
|---|---|
| March 1, 2004 | _(signature)_ |
| **Date** | **Signature** |
| ct 23489 | Kate K. Simon |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 240-2700 | Bingham McCutchen LLP |
| **Telephone Number** | **Address** |
| (860) 240-2800 | One State Street, Hartford, CT  06103 |
| **Fax Number** | |
| kate.simon@binhgam.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas J. Riley, Esq.
Tobin Carberry, O'Malley, Riley & Selinger, P.C.
43 Broad Street, P.O. Box 58
New London, CT  06320

Deborah L. Thaxter, Esq.
Stephen W. Rider, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110

_(signature)_
Signature  Kate K. Simon

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001