UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
FEB 27  3 31 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

ALLIED OFFICE SUPPLIES, INC.,

    Plaintiff,

v.

ALLAN LEWANDOWSKI, JONATHAN
COX and W.B. MASON COMPANY,
INC.,

    Defendants.

Civil Action No. 3:03CV367(JBA)

February 25, 2004

**DEFENDANTS' MOTION FOR PRE-FILING CONFERENCE
WITH RESPECT TO INTENDED MOTION FOR SUMMARY JUDGMENT**

Defendants Jonathan Cox, Allan Lewandowski and W.B. Mason Company, Inc. hereby request, pursuant to Subsection (f) of the Court's <u>Order on Pretrial Deadlines</u>, that the Court schedule a pre-filing conference with respect to Defendants' motions for summary judgment. Pursuant to the Court's Order of January 8, 2004, Dispositive Motions are to be filed by April 1, 2004. Each of the Defendants intends to file a summary judgment motion with respect to some or all of the claims asserted by Plaintiff against him/it and Defendants Cox and Lewandowski intend to request summary judgment on some of their counterclaims.

BOS1357317.1

[Handwritten margin note: 3/4/04: Motion GRANTED, and the conference will be held concurrently with the Court's previously scheduled status conference on 3/4/04 at 3:00 p.m.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.
Janet Bond Arterton, U.S.D.J.]

[Stamp: FILED MAR 5 12 42 '04 U.S. DISTRICT COURT NEW HAVEN, CONN.]