UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ALLIED OFFICE SUPPLIES          :

                                                Mar 8  2 48 PM '04

v.                              :    NO. 3:03cv367 (JBA) U.S. DISTRICT COURT
                                                          NEW HAVEN, CONN.

LEWANDOWSKI, ET AL              :


SCHEDULING ORDER


Pursuant to the colloquy with counsel at the status
conference held 3/4/04, the following is ordered:

1.   Plaintiff's objection to defendant's discovery will be
     served by 3/15/04 and plaintiff's discovery responses
     will be served by 4/5/04.

2.   Summary Judgment motions will be filed 30 days
     following completion of settlement negotiations;
     opposition will be filed 21 days thereafter; any
     replies will be filed 10 calendar days thereafter.

IT IS SO ORDERED.


Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:    March 05, 2004