UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIED OFFICE SUPPLIES       :

v.                           :     NO. 3:03cv367 (JBA)

LEWANDOWSKI, ET AL           :

FILED
MAR 8  2 49 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #97]

Motion to Extend Pretrial Deadlines [doc. #97] is DENIED for the reasons outlined on the record 3/4/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 05, 2004