UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIED OFFICE SUPPLIES          :

v.                              :     NO. 3:03cv367 (JBA)

LEWANDOWSKI, ET AL              :

FILED
Mar 8  2 48 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

ENDORSEMENT ORDER [DOC. #81, #83]

Motions to Dismiss [doc. #81, #83] are DENIED, on consent, and without prejudice to raise issues in the forthcoming motion for summary judgment.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 05, 2004