UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALLIED OFFICE SUPPLIES         :

v.                             :    NO. 3:03cv367 (JBA)

LEWANDOWSKI, ET AL             :

### ENDORSEMENT ORDER [DOC. #78]

Motion to Dismiss [doc. #78] is DENIED, on consent, and without prejudice to raise issues in the forthcoming motion for summary judgment.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   March 05, 2004