UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ALLIED** | : |
| **v.** | : NO. 3:03cv367 (JBA) |
| **LEWANDOWSKI** | : |

### NOTICE TO COUNSEL

On July 15, 2004, Attorney Freeman reported the above-entitled case as settled.  Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 13, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

_____
Betty Jean Torday
Courtroom Deputy

**Dated at New Haven, Connecticut:** **July 15, 2004**