RECEIVED
AUG 02 2004
NIXON PEABODY LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLIED OFFICE SUPPLIES INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLAN LEWANDOWSKI, JONATHAN COX, and W.B. MASON COMPANY, INC.,<br><br>Defendants. | : | Civil Action No. 3:03CV367(JBA) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), Plaintiff and Defendants by and through their undersigned counsel hereby stipulate to the dismissal of this action, and all claims and counterclaims asserted by any party herein, **WITH PREJUDICE** and without costs or attorneys fees to any party.

All parties waive any and all rights of appeal from this Stipulation and any judgment entered hereon.

***ALLIED OFFICES SUPPLIES INC.,***

Plaintiff,
By its attorneys,

______________________________
Deborah S. Freeman, Esq.
Bingham McCutchen
One State Street
Hartford, CT 06103

**ALLAN LEWANDOWSKI, JONATHAN COX, TODD SAGE and W.B. MASON COMPANY, INC.,**
Defendants,
By their attorneys,

______________________________
Deborah L. Thaxter, P.C. (Federal Bar No. CT00620)
NIXON PEABODY LLP
~~101 Federal Street~~ 100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

#802655

And

______________________________

Thomas J. Riley (Federal Bar No. CT05686)
Tobin, Carberry, O'Malley,
Riley & Selinger, P.C.
43 Broad Street, P.O. Box 58
New London, Connecticut 06320
Telephone: (860) 447-0335
Facsimile: (860) 447-9143

Dated: